**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **02-cv-35-JLK-CBS** (consolidated with 02-cv-46-JLK-CBS, 02-cv-64-JLK-CBS, 02-cv-78-JLK-CBS, 02-cv-137-JLK-CBS, 02-cv-145-JLK-CBS, 02-cv-146-JLK-CBS, 02-cv-152-JLK-CBS, 02-cv-161-JLK-CBS, 02-cv-168-JLK-CBS, 02-cv-304-JLK-CBS, and 02-cv-351-JLK-CBS [and any additional consolidated actions that are filed])

**IN RE RHYTHMS SECURITIES LITIGATION**

This Document Relates to: All Actions

**SECOND MODIFIED AMENDED SCHEDULING AND DISCOVERY ORDER**

**WHEREAS**, the schedule for discovery and dispositive motions in the above-captioned action is governed by the currently operative Modified Amended Scheduling And Discovery Order dated June 29, 2005; and

**WHEREAS**, the parties in the above-captioned action have filed a Joint Motion To Amend The Modified Amended Scheduling And Discovery Order; and

**WHEREAS**, the Court has determined that good cause exists for modifying the Modified Amended Scheduling And Discovery Order.

**NOW, THEREFORE**, having considered the papers filed in support of the parties' Joint Motion To Amend The Modified Amended Scheduling And Discovery Order, and upon all prior proceedings heretofore had herein and after due deliberation, it is hereby **ORDERED** that

1. The Parties' Joint Motion To Amend The Modified Amended Scheduling And Discovery Order is GRANTED.

2. Fact discovery will be completed by October 31, 2005, except that:

    a.  The deposition of Susan Richart shall occur on November 10, 2005;

    b.    The deposition of defendant Catherine Hapka shall occur on or around November 18, 2005 on a date mutually agreeable between the parties;

    c.    Lead Plaintiff shall serve his responses and objections to Defendants' First Set Of Requests For Admission and Defendant Catherine Hapka's Fifth Set Of Interrogatories within five (5) business days following the completion of the deposition of Catherine Hapka; and

    d.    Defendants shall serve their responses and objections to Lead Plaintiff's First Set of Requests To Admit And Accompanying Interrogatories within five (5) business days following the completion of the deposition of Catherine Hapka.

3. Lead Plaintiff is required to make his Rule 26 expert disclosures by no later than fourteen (14) calendar days following the completion of the deposition of Catherine Hapka.
4. Defendants are required to make their Rule 26 expert disclosures by no later than forty-five (45) calendar days following the service of Lead Plaintiff's Rule 26 expert disclosures.
5. Expert discovery shall be completed by fourteen (14) calendar days following the service of defendants' Rule 26 expert disclosures.
6. The deadline for the filing of motions for summary judgment and other dispositive motions is sixty (60) calendar days after the completion of expert discovery.

Dated October 31, 2005        s/John L. Kane
                                          U.S. SENIOR DISTRICT COURT JUDGE