**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**


Civil Action No. **02-K-35** (CBS) (consolidated with 02-K-46, 02-K-64, 02-K-78, 02-K-137, 02-K-145, 02-K-146, 02-K-152, 02-K-161, 02-K-168, 02-K-304, and 02-K-351 [and any additional consolidated actions that are filed])


**IN RE RHYTHMS SECURITIES LITIGATION**

This Document Relates to: All Actions

---

**[PROPOSED] AMENDED SCHEDULING ORDER
REGARDING EXPERT DISCOVERY
AND OTHER DEADLINES**

---

**WHEREAS**, the schedule for expert discovery and summary judgment and other dispositive motions in the above-captioned action is governed by the currently operative Scheduling Order dated October 31, 2005; and

**WHEREAS**, the parties in the above-captioned action have filed a Joint Motion To Modify Expert Discovery Schedule and Other Deadlines; and

**WHEREAS**, the Court has determined that good cause exists for modifying the operative Scheduling Order dated October 31, 2005 based on the parties' submission; and

**NOW, THEREFORE**, having considered the papers filed in support of the parties' Joint Motion To Modify Expert Discovery and Other Deadlines, and being duly advised in the premises, it is hereby **ORDERED** that the parties' joint motion is **GRANTED**.

Accordingly, the new schedule is as follows:

---

| EVENTS | NEW DATES |
|---|---|
| Defendants make their Rule 26 expert disclosures | February 13, 2006 |
| Plaintiff's rebuttal report(s) from experts due: | March 30, 2006 |
| Close of Expert discovery: | May 19, 2006 |
| Deadline for filing Motions for Summary Judgment and other dispositive motions | July 18, 2006 |
| Deadline for filing Oppositions to Motions for Summary Judgment | October 6, 2006 |
| Deadline for Filing Reply Briefs in Support of Motions for Summary Judgment: | December 5, 2006 |

**IT IS SO ORDERED.**

DATED:   February 6th, 2006          **s/John L. Kane_____**
                                    SENIOR U.S. DISTRICT JUDGE