**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 02-cv-00035-JLK** (consolidated with 02-K-46, 02-K-64, 02-K-78, 02-K-137, 02-K-145, 02-K-146, 02-K-152, 02-K-161, 02-K-168, 02-K-304, and 02-K-351)

**IN RE RHYTHMS SECURITIES LITIGATION**

This Document Relates To:  All Actions

**ORDER**

Defendants' Unopposed Motion To Modify The Current Scheduling and Discovery Order (doc. #146), filed May 2, 2006 is GRANTED.  The deposition of Dr. Scott Hakala may proceed on June 15, 2006.

DATED:  May 2, 2006**.**

BY THE COURT:

s/John L. Kane
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

{00194191.DOC}