IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-35-JLK** (consolidated with 02-K-46, 02-K-64, 02-K-78, 02-K-137, 02-K-145, 02-K-146, 02-K-152, 02-K-161, 02-K-168, 02-K-304, and 02-K-351)

**IN RE RHYTHMS SECURITIES LITIGATION**

This document relates to: all actions

# MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion to Amend the Modified Scheduling and Discovery Order (doc. #154), filed September 12, 2006, is GRANTED. Summary judgment and other dispositive motions and defendant's *Daubert* motions are due October 13, 2006; plaintiff's *Daubert* motions, responses to summary judgment and other dispositive motions and responses to defendant's *Daubert* motions are due January 15, 2007; reply brief for summary judgment and dispositive motions and response to plaintiff's *Daubert* motions are due March 16, 2006.

Dated: September 15, 2006