**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **02-cv-35-JLK-CBS** (consolidated with 02-cv-46-JLK-CBS, 02-cv-64-JLK-CBS, 02-cv-78-JLK-CBS, 02-cv-137-JLK-CBS, 02-cv-145-JLK-CBS, 02-cv-146-JLK-CBS, 02-cv-152-JLK-CBS, 02-cv-161-JLK-CBS, 02-cv-168-JLK-CBS, 02-cv-304-JLK-CBS, and 02-cv-351-JLK-CBS [and any additional consolidated actions that are filed])

**IN RE RHYTHMS SECURITIES LITIGATION**

This Document Relates to: All Actions

---

**AMENDED SCHEDULING ORDER
REGARDING SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

---

The Opposed Motion To Amend The Modified Amended Scheduling and Discovery Order (doc. #185), filed February 20, 2007, is GRANTED;

The Scheduling and Discovery Order is modified as follows:

1. The deadline for the filing (i) oppositions to motions for summary judgment and other dispositive motions; and (ii) any *Daubert* motions by Plaintiff, is March 8, 2007;

2. The deadline for the filing of (i) reply briefs in support of motions for summary judgment and other dispositive motions; and (ii) oppositions to Plaintiff's *Daubert* motions, is May 7, 2007.

Dated: February 21, 2007               By the Court:

                                       *s/John L. Kane*
                                       John L. Kane, Senior Judge
                                       United States District Court