IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-35-JLK** (consolidated with 02-K-46, 02-K-64, 02-K-78, 02-K-137, 02-K-145, 02-K-146, 02-K-152, 02-K-161, 02-K-168, 02-K-304, and 02-K-351)

# IN RE RHYTHMS SECURITIES LITIGATION

This document relates to: all actions

# MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion to Stay Litigation Pending Mediation (doc. #211), filed April 10, 2007, is GRANTED. The deadline for Defendants to file their *Daubert* reply briefs is STAYED. The parties shall file a status report no later than April 20, 2007.

Dated: April 10, 2007