IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-35-JLK** (consolidated with 02-K-46, 02-K-64, 02-K-78, 02-K-137, 02-K-145, 02-K-146, 02-K-152, 02-K-161, 02-K-168, 02-K-304, and 02-K-351)

**IN RE RHYTHMS SECURITIES LITIGATION**

This document relates to: all actions

**MINUTE ORDER**

Judge John L. Kane **ORDERS**

The Joint Motion to Stay Litigation Pending Mediation (doc. #214), filed May 4, 2007, is GRANTED. The case is STAYED up to and including July 13, 2007, at which time the parties shall file a status report, including a proposed briefing schedule for the outstanding summary judgment and *Daubert* motions, if needed.

Dated:  May 4, 2007