**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **02-cv-35-JLK**-**CBS** (consolidated with 02-K-46, 02-K-64, 02-K-78, 02-K-137, 02-K-145, 02-K-146, 02-K-152, 02-K-161, 02-K-168, 02-K-304, and 02-K-351)

**IN RE RHYTHMS SECURITIES LITIGATION**

This Document Relates to: All Actions

**ORDER RE LEAD PLAINTIFF'S APPLICATION
PURSUANT TO 15 U.S.C. 78(u)-4(a)(4)**

On the third day of April, 2009, a hearing having been held before this Court to determine whether and in what amount to award the Lead Plaintiff for reimbursement of his reasonable costs and expenses (including lost wages) in connection with the his participation in the litigation.

THEREFORE, IT IS SO ORDERED that Lead Plaintiff John Brown is to be provided with $ __135,084.00__ from the Gross Settlement Fund for reimbursement of his reasonable costs and expenses (including lost wages) in connection with the his participation in the litigation.

Dated:   April 3, 2009                **s/John L. Kane**
                                      SENIOR U.S. DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2009, I electronically filed the foregoing **ORDER RE LEAD PLAINTIFF'S APPLICATION PURSUANT TO 15 U.S.C. 78(u)-4(a)(4)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **Jeffrey A. Berens** | jeff@dyerberens.com, jeffreyberens@comcast.net |
| **Deborah S. Birnbach** | dbirnbach@goodwinprocter.com |
| **Jeffrey A. Chase** | jchase@jcfkk.com,vlsanders@jcfkk.com |
| **Robert J. Dyer , III** | bob@dyerberens.com |
| **Lori G. Feldman** | lfeldman@milberg.com |
| **Barbara Ann Grandjean** | bgrandjean@jcfkk.com,tmercill@jcfkk.com |
| **Michael T. Jones** | mjones@goodwinprocter.com |
| **Darby K. Kennedy** | darby@dyerberens.com |
| **Matthew Aaron Kupillas** | mkupillas@milberg.com |
| **Alexis L. Shapiro** | ashapiro@goodwinprocter.com |
| **Kip Brian Shuman** | kip@shumanlawfirm.com, lisa@shumanlawfirm.com |

I further certify that I have served via First Class U.S. Mail the documents or papers to the following non CM/ECF participants:

Jules Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

Joseph H. Weiss
WEISS & LURIE
551 Fist Avenue
Suite 1600
New York, NY 10176

Adam J. Levitt
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
55 West Monroe Street
Suite 1111
Chicago, IL 60603

James A. Carney
CAULEY BOWMAN CARNEY & WILLIAMS, PLLC
11311 Arcade Drive
Suite 200
Little Rock, AR 72212

s/ Timothy J. Burke
*Timothy J. Burke*
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Telephone: (310) 209-2468
FAX: (310) 209-2087
E-mail: service@ssbla.com